UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ROBERT DINCECCO,  :
             Plaintiff,  :
v.  :  **ORDER**
  :
  :  21 CV 6729 (VB)
TARGET CORPORATION,  :
             Defendant.  :
--------------------------------------------------------------x

       The Court conducted an initial conference today, at which counsel for plaintiff and defendant appeared by telephone. Accordingly, it is HEREBY ORDERED:

       By **October 22, 2021**, the parties shall file a proposed stipulation and proposed order regarding the amount in controversy and remand to state court or a status update regarding the same. If the parties fail to do so, the Court will so order the parties' proposed Civil Case Discovery Plan and Scheduling Order. (Doc. #8-1).

Dated: October 13, 2021
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

1